IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH MULLEN-MOORE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REB ENTERPRISES, INC.,<br><br>Defendant | CIVIL ACTION<br><br>NO. 16-935 |

## ORDER

AND NOW, on this 26th day of May, 2016, after careful consideration of the Motion of Defendant REB Enterprises to Compel Arbitration (ECF 8) and all submissions related thereto, and for the reasons in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Defendants' Motion is **GRANTED**;

2. All disputes between Plaintiff and Defendant shall proceed to arbitration;

3. All proceedings in this Court are stayed until completion of the arbitration process or further Order of the Court;

4. The case shall be transferred to the Civil Suspense File;

5. The Clerk of the Court shall mark this case closed for statistical purposes;

6. The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket upon further order of the Court; and

7. The entry of this Order shall not prejudice the rights of the parties to this matter.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 16\16-935 MULLEN-MOORE V. REB ENTERPRISES\16CV935 ORDER RE COMPEL ARBITRATION.DOCX